

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00385-CR

| | | |
|---|---|---|
| UMED AHMADI, Appellant | § | On Appeal from County Criminal Court No. 10 |
| | § | |
| | | of Tarrant County (1510585) |
| V. | § | |
| | | August 26, 2019 |
| | § | |
| | | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth